**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1095**

———————————

KARON ANN PARHAM,

Plaintiff - Appellant,

versus

THE COCA-COLA COMPANY,

Defendant - Appellee.

———————————

**No. 98-1419**

———————————

KARON ANN PARHAM, daughter of Iris Candler of
the Candlers of Atlanta, Georgia originators
of the Coca-Cola Company,

Plaintiff - Appellant,

versus

THE COCA-COLA COMPANY,

Defendant - Appellee.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-97-136-3, CA-96-551)

Submitted: May 28, 1998                    Decided: June 10, 1998

Before ERVIN, LUTTIG, and MOTZ,[*] Circuit Judges.

Dismissed by unpublished per curiam opinion.

Karon Ann Parham, Appellant Pro Se. Rosewell Page, III, Darryl Scott Lew, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia; L. Norwood Jameson, KING & SPALDING, Atlanta, Georgia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

[*] Judge Motz did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 42 U.S.C. § 46(d).

PER CURIAM:

Karon Ann Parham appeals the district court's orders dismissing her motions to accept newly discovered evidence, for entry of default, and for default judgment. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we dismiss on the reasoning of the district court. Parham v. Coca-Cola Co., No. CA-97-136-3 (E.D. Va., Jan. 5, 1998); Parham v. Coca-Cola Co., No. CA-96-551 (E.D. Va., Mar. 6, 1998). Because these appeals are frivolous, we deny Parham's motion to proceed in forma pauperis in No. 98-1419 and to remand the case in No. 98-1095. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED